| | |
|---|---|
| JOHN R. HABASHY – SBN 236708 (john@lexiconlaw.com) **LEXICON LAW, PC** 501 West Broadway Suite 800 San Diego, CA 92101 Telephone: 800-581-3603 Fax: 888-373-2107 | MILES D. SCULLY (SBN: 135853) mscully@grsm.com WILLIAM M. RATHBONE (SBN: 95864) wrathbone@grsm.com GABRIEL G. HEDRICK (SBN: 220649) ghedrick@grsm.com |
| Local Counsel for Plaintiff and the Proposed Class | **GORDON REES SCULLY MANSUKHANI, LLP** 101 W. Broadway, Suite 2000 San Diego, CA 92101 Telephone: (213) 270-7871 Facsimile: (619) 696-7124 |
| Ryan M. Kelly -IL Bar 6257931 (*Pro Hac Vice admitted*) (rkelly@andersonwanca.com) **ANDERSON + WANCA** 3701 Algonquin Road, Suite 500 Rolling Meadows, IL 60008 Telephone: 847-368-1500 Fax: 847-368-1501 | Attorneys for Defendant Exagen Inc. |
| Counsel for Plaintiff and the Proposed Class | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. LOOKOUT CHIROPRACTIC CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> EXAGEN INC., a Delaware corporation, <br><br> Defendant. | Case No.: 3:20-cv-01757-GPC-AGS <br><br> **JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES** <br><br> Complaint Filed: September 8, 2020 |

The parties to the above-entitled action jointly submit this Joint Notice of Settlement and Request to Stay All Deadlines. The parties to the action have reached agreement on the principal terms of settlement in this matter. However, the parties require time to finalize a written settlement agreement and request for

-1-
*JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES*   Case No. 3:20-cv-01757-GPC-AGS

dismissal. In the meantime, the following deadlines and hearings are pending:

| Hearing/Deadline | Date |
| --- | --- |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment | August 27, 2021 |
| Disclosure of Expert Rebuttal Opinions under Fed. R. Civ. P. 26(a)(2)(D) and 26(e) | September 3, 2021 |
| Defendant's Reply In Support of Motion for Summary Judgment | September 10, 2021 |
| Pretrial Motions Cutoff | September 16, 2021 |
| Fact and Expert Discovery Cutoff | September 24, 2021 |
| Hearing on Motion for Summary Judgment | October 8, 2021 |
| Deadline to File Motion for Class Certification | October 8, 2021 |
| Deadline to Submit Mandatory Settlement Conference Briefs | November 9, 2021 |
| Mandatory Settlement Conference | November 16, 2021 |
| Deadline to File Pretrial Motions | December 3, 2021 |
| Rule 26(a)(3) Disclosures | March 11, 2022 |
| Meet and Confer Regarding Pretrial Order | March 18, 2022 |
| Plaintiff to Provide Draft Pretrial Order to Defense Counsel | March 25, 2022 |
| Lodge Pretrial Order and Objections to Pretrial Disclosures | April 1, 2022 |
| Final Pretrial Conference | April 8, 2022 |

///

///

1  The parties respectfully move the Court to stay all pending deadlines in this case for sixty (60) days to allow the parties time to finalize and execute a written settlement agreement and to avoid the costs of continued litigation in light of the settlement.

Respectfully submitted,

DATED: August 26, 2021            ANDERSON + WANCA
By: */s/* Ryan M. Kelly
Ryan M. Kelly (*pro hac vice admitted*)

Attorneys for Plaintiff
MOUNT LOOKOUT CHIROPRACTIC CENTER, INC.

DATED:  August 26, 2021           GORDON REES SCULLY MANSUKHANI, LLP
By: */s/* Gabriel G. Hedrick
Gabriel G. Hedrick
William M. Rathbone

Attorneys for Defendant
EXAGEN INC.

## ATTESTATION

The below filer attests that the filing of this document has been approved by each of the above signatories.

Dated:  August 26, 2021           GORDON REES SCULLY MANSUKHANI LLP

 */s/ Gabriel G. Hedrick*
Gabriel G. Hedrick

# **ORDER**

The above Joint Notice of Settlement and Motion to Stay all Deadlines is GRANTED and all pending deadlines in this case are stayed for sixty (60) days. IT IS SO ORDERED.

Dated: August ___, 2021

_____
UNITED STATES MAGISTRATE JUDGE