1  JOHN R. HABASHY – SBN 236708
   (john@lexiconlaw.com)
2  **LEXICON LAW, PC**
   501 West Broadway Suite 800
3  San Diego, CA  92101
   Telephone: 800-581-3603
4  Fax:  888-373-2107

5  Local Counsel for Plaintiff and the Proposed Class

6  Ryan M. Kelly -IL Bar 6257931 (*Pro Hac Vice admitted*)
   (rkelly@andersonwanca.com)
7  **ANDERSON + WANCA**
   3701 Algonquin Road, Suite 500
8  Rolling Meadows, IL 60008
   Telephone: 847-368-1500
9  Fax: 847-368-1501

10 Counsel for Plaintiff and the Proposed Class

11          **UNITED STATES DISTRICT COURT**

12        **SOUTHERN DISTRICT OF CALIFORNIA**

13

14 MT. LOOKOUT CHIROPRACTIC        **Case No.: 3:20-cv-01757 GPC AGS**
   CENTER, INC., an Ohio corporation,
15 individually and as the representative
   of a class of similarly-situated persons,   **JOINT STIPULATION OF**
16                                              **DISMISSAL**

17                        Plaintiff,

18       v.

19 EXAGEN INC., a Delaware
   corporation,
20
21                        Defendant.

22

23

24

25

26

27

28

                    JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, MT. LOOKOUT CHIROPRACTIC CENTER, INC. and Defendant, EXAGEN INC., through their undersigned attorneys, hereby dismiss this action with prejudice as to Plaintiff's individual claims, each side to bear its own costs.

Respectfully submitted,

DATED: September 30, 2021       ANDERSON + WANCA
                                By: s/ Ryan M. Kelly
                                Ryan M. Kelly (*pro hac vice admitted*)

                                Attorneys for Plaintiff

                                JOHN R. HABASHY
                                LEXICON LAW, PC

                                Local Attorneys for Plaintiff

                                GORDON REES SCULLY
                                MANSUKHANI, LLP
                                By: s/ Gabriel G. Hedrick *(with permission)*
                                Gabriel G. Hedrick
                                Miles D. Scully
                                William M. Rathbone

                                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Ryan M. Kelly

JOINT STIPULATION OF DISMISSAL