# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. LOOKOUT CHIROPRACTIC CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>     Plaintiff,<br><br> v.<br><br>EXAGEN INC., a Delaware corporation,<br><br>     Defendant. | Case No.: 3:20-cv-01757 GPC AGS<br><br>**ORDER OF DISMISSAL** |

On September 30, 2021, the Parties filed a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). (ECF Doc. 29).

///
///
///
///
///

ORDER OF DISMISSAL

1 | The Court hereby GRANTS the stipulation and dismisses this action with
2 | prejudice as to Plaintiff's individual claims, each side to bear its own costs.

Dated: October 5, 2021

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge